**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL R. MCNEIL,                               CASE NO.: 6:24-cv-00219

    Plaintiff,

v.

FELM, LLC, and LU-JAG, INC.,
d/b/a ARBETTERS HOT DOGS,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

    Defendants, FELM, LLC, and LU-JAG, INC., d/b/a ARBETTERS HOT DOGS, hereby notify this Court that a settlement in principle has been reached in this case. The parties are in the process of finalizing the terms of their agreement and request a stay for thirty (30) days for Plaintiff to either file his Notice of Dismissal with Prejudice or for litigation to resume.

    DATED this **18th** day of **July,** 2024.

                                        Respectfully Submitted,

                                        LAW OFFICES OF NOLAN KLEIN, P.A.
                                        *Attorneys for Defendants*
                                        5550 Glades Road, Suite 500
                                        Boca Raton, FL 33431
                                        PH: (954) 745-0588

                                        By: */s/ Nolan Klein*
                                        NOLAN KLEIN, ESQ.
                                        Florida Bar No. 647977
                                        klein@nklegal.com
                                        amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **18th** day of **July,** 2024.

By: */s/ Nolan Klein*
NOLAN KLEIN, ESQ.

## SERVICE LIST:

**JOE M. QUICK, ESQ.**
Bar Number 0883794
*Attorney for Plaintiff*
Law Office of Joe Quick, Esq.
1224 S. Peninsula Drive, #619
Daytona Beach, FL 32118
Telephone: 386-212-3591
jmquickesq@gmail.com